# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND and LOCAL 777<br><br>PLAINTIFFS<br><br>VS.<br><br>DONNELLY HEATING MAINTENANCE, LLC<br><br>DEFENDANT. | CIVIL ACTION NO.<br>03-CV-0881(PCD)<br><br><br><br><br><br><br><br>October 31, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, Donnelly Heating Maintenance, LLC (hereinafter, "Donnelly"), hereby answers the Complaint dated May 16, 2003 [Doc. No. 1] as follows:

## PARTIES

1.  As to the allegations of Paragraph 1, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

2.  So much of Paragraph 2 as alleges "the defendant, Donnelly, was doing business under the law of the State of Connecticut, with an address located at 25

Sunset Hill Drive, Bethel, Connecticut 06801.  Defendant Donnelly transacted business in the State of Connecticut as a contractor or subcontractor in the plumbing and pipe fitting industry…" is admitted; as to the remaining allegations of Paragraph 2, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

## **JURISDICTION**

3. So much of Paragraph 3 as reads "This Court has jurisdiction of this action under §§ 502 and 515 of ERISA, 29 U.S.C. §§ 1132 and 1145, and under § 301 of the LMRA, 29 U.SC. § 185(A.) is admitted; as to the remaining allegations of Paragraph 3, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

4. As to the allegations of Paragraph 4, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

5. As to the allegations of Paragraph 5, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

6.  As to the allegations of Paragraph 6, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

7.  As to the allegations of Paragraph 7, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

8.  Paragraph 8 is denied.

9.  As to the allegations of Paragraph 9, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

10. As to the allegations of Paragraph 10, Donnelly lacks sufficient knowledge or information to form a belief as to their veracity and, therefore, leaves plaintiffs to their proof.

## **AFFIRMATIVE DEFENSES**

1.

THE DEFENDANT
DONNELLY HEATING MAINTENANCE, LLC


By: _____
Peter S. Olson, Fed. Bar No. ct16149
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203.330.2000
Facsimile 203.576.8888

## **CERTIFICATION**

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on October 31, 2003 to all counsel and pro se parties of record.

For the plaintiffs TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSRY FUND, and LOCAL 777:

Thomas M. Brockett, Esq.
Robert M. Cheverie & Associates, P.C.
Commerce Center One
East Hartford, CT 06108-4203
860.290.9610
Facsimile:  860.290.9611

_____
Peter S. Olson, Fed. Bar No. ct16149

BPRT/68945.1/PSO/481965v1