UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HEALTH FUND, TRUSTEES,
CT PIPE TRADES LOCAL 77, ET ALS

V.                                                                                    Case Number:   3:03 cv 881 (PCD)

DONNELLY HEATING MAINTENANCE LLC

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on 12/31/03 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 30, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, January 13, 2004.


KEVIN F. ROWE, CLERK

By: ____/s/_____
    Patricia A. Villano
    Deputy Clerk