UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND and LOCAL 777<br><br>PLAINTIFFS<br><br>VS.<br><br>DONNELLY HEATING MAINTENANCE, LLC<br><br>DEFENDANT. | CIVIL ACTION NO.<br>3:03cv0881 (PCD)<br><br><br><br><br><br>January 30, 2004 |

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41 (a) (1), it is hereby stipulated that the above-entitled action may be dismissed with prejudice, each party to bear its own costs. Pursuant to Fed. R. Civ. P. Rule 41 (c) and Rule 41 (a) (1), it is further stipulated that all counterclaims, cross-claims and third-party claims filed in the above captioned action by any party thereto may also be dismissed with prejudice, each party to bear its own costs. This stipulation is executed by counsel for each party as designated below, acting on behalf of each party.

| | |
|---|---|
| THE PLAINTIFFS<br>Trustees of the Connecticut Pipe Trades Local 777 Health Fund, Annuity Fund, Connecticut State Pension Fund, Apprentice Training Fund, Industry Fund, and Local 777<br><br>By: _____<br>Thomas M. Brockett, Esq.<br>Federal Bar No. ct<br>Robert M. Cheverie & Associates, P.C.<br>Commerce Center One<br>East Hartford, CT 06108-4203<br>Telephone: 860.290.9610<br>Facsimile: 860.290.9611 | THE DEFENDANT<br>Donnelly Heating Maintenance, LLC<br><br>By: _____<br>Peter S. Olson<br>Fed. Bar No. ct16149<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>203.330-2000<br>Facsimile 203.576.8888 |

-2-

## CERTIFICATION

I hereby certify that a copy of the foregoing Stipulation for Dismissal has been mailed, first-class and postage prepaid, this 30th day of January 2004 to the following:

Peter S. Olson, Esq.
**PULLMAN & COMLEY, LLC**
850 Main Street
P. O. Box 7006
Bridgeport, CT 06601-7006

_____
THOMAS M. BROCKETT