UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT PIPE TRADES LOCAL 777 HEALTH FUND, ANNUITY FUND, CONNECTICUT STATE PENSION FUND, APPRENTICE TRAINING FUND, INDUSTRY FUND and LOCAL 777 : : : : : : | |
| VS. : | CASE NO. 3:03CV881 (PCD) |
| : | |
| DONNELLY HEATING MAINTENANCE, LLC : | |

**ENDORSEMENT ORDER**

Pursuant to the Stipulation for Dismissal by the parties, document no. 13, it is hereby ordered that the case be dismissed.

SO ORDERED. Dated at New Haven, Connecticut, this 9th day of February, 2004.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court